UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOEL PRICE                                             Case No. 6:19-cv-728-Orl-37LRH

      Plaintiff,
v.

CITY OF HOLLY HILL, FLORIDA,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant City of Holly Hill, Florida (the "City"), by and through its undersigned attorney, hereby notifies the Court, pursuant to United States District Court for the Middle District of Florida Local Rule 3.08, that the City and Plaintiff Joel Price have reached a settlement of Plaintiff's claims against the City. Counsel for Plaintiff and counsel for the City are in the process of completing the terms of such settlement.

Respectfully submitted,

*/s/ Frank Mari*
Michael J. Roper, Esquire
Florida Bar No. 0473227
Frank M. Mari, Esquire
Florida Bar No. 93243
Primary: mroper@bellroperlaw.com;
fmari@bellroperlaw.com
Secondary: phermosa@bellroperlaw.com;
ihaines@bellroperlaw.com
Bell & Roper, P.A.
2707 E. Jefferson Street
Orlando, FL  32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorneys for Defendant

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

> */s/ Frank Mari*
> Michael J. Roper, Esquire
> Florida Bar No. 0473227
> Frank M. Mari, Esquire
> Florida Bar No. 93243
> Primary: mroper@bellroperlaw.com;
> fmari@bellroperlaw.com
> Secondary: phermosa@bellroperlaw.com;
> ihaines@bellroperlaw.com
> Bell & Roper, P.A.
> 2707 E. Jefferson Street
> Orlando, FL 32803
> Telephone: (407) 897-5150
> Facsimile: (407) 897-3332
> Attorneys for Defendant